UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 MAR 20  P 4: 42

CLERK _C Cislell_

| | | |
|---|---|---|
| LAWYERS TITLE INSURANCE CORPORATION, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 2:06-CV-169-AAA |
| | * | |
| FLORENCE DEES, Individually, and FLORENCE DEES, In Her Capacity As Tax Commissioner of Glynn County, | * | |
| | * | |
| Defendant and Third-Party Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| D. MICHAEL AKERS, MOTEL PROPERTIES, INC., and WESTERN UNITED LIFE ASSURANCE COMPANY, | * | |
| | * | |
| Third-Party Defendants. | * | |

## STIPULATION FOR VOLUNTARY DISMISSAL
## OF THIRD-PARTY DEFENDANT D. MICHAEL AKERS

COMES NOW Florence Dees, defendant and third-party plaintiff in the above-styled case, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and voluntarily dismisses her third-party claims against third-party defendant D. Michael Akers, without prejudice.

Approved this ___23___ day of March, 2007.

_____
Anthony A. Alaimo
United States District Judge
Southern District of Georgia

2007 MAR 23  A 20
U.S. DISTRICT COURT
FILED

54